**2006–0646. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–792–EL–ATA. On motion of intervening appellee Dayton Power

& Light Company to consolidate this cause with 2006-0829, *Ohio Partners for Affordable Energy v. Pub. Util. Comm.*, Public Utilities Commission, No. 05–792–EL–ATA, and motion to extend stay of briefing in this cause to case No. 2006–0829. Motions granted.

PFEIFER, J., dissents.